# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                    CIVIL ACTION NO. WOCV2013-02251D

NICHOLAS FIORILLO, AS                      )
TRUSTEE OF THE FIORILLO               )
FAMILY REVOCABLE TRUST and       )
18 PENN AVENUE REALTY TRUST,      )
    Plaintiff                                              )
                                                                 )
v.                                                              )    ASSENT TO NOTICE OF REMOVAL
                                                                 )
KEVIN M. CURTIS, FELICIO LANA      )
d/b/a NORTHEAST PROPERTIES,         )
RICHARD MERLINO, MARK WINIKER, )
TINA BRENN, DENNIS COY, STEVEN   )
SHALANSKY, CURTIS PROPERTIES,     )
LLC, HOLLISTON MASONRY, INC.,       )
METROWEST PROPERTY                       )
MANAGEMENT, LLC, CANAL                  )
MARKETPLACE DEVELOPMENT,          )
LLC, BLACKSTONE LOFTS, LLC,           )
TOR-SHAL CAPITAL, LLC, RIVER         )
STREET REALTY TRUST, THE 426        )
MAIN STREET REALTY, LLC, and        )
WEBSTER FIRST FEDERAL CREDIT    )
UNION,                                                      )
    Defendants                                        )

    The undersigned defendants, Mark Winiker and Canal Marketplace Development, LLC, by and through counsel hereby assents to the Notice of Removal filed by Webster First Federal Credit Union in the matter currently pending before the Massachusetts Superior Court for Worcester County, captioned NICHOLAS FIORILLO, AS TRUSTEE OF THE FIORILLO FAMILY REVOCABLE TRUST and 18 PENN AVENUE REALTY TRUST, Plaintiff, versus KEVIN M. CURTIS et al, Civil Action No. WOCV2013-02251D.

                                                               MARK WINIKER and
                                                               CANAL MARKETPLACE
                                                               DEVELOPMENT, LLC

                                                               By _____
                                                               Russell S. Chernin, Esq.
                                                               390 Main Street
                                                               Worcester, MA 01608
                                                               508-753-8118

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                          CIVIL ACTION NO. WOCV2013-02251D

NICHOLAS FIORILLO, AS                )
TRUSTEE OF THE FIORILLO              )
FAMILY REVOCABLE TRUST and           )
18 PENN AVENUE REALTY TRUST,         )
    Plaintiff                       )
                                     )
v.                                   )   ASSENT TO NOTICE OF REMOVAL
                                     )
KEVIN M. CURTIS, FELICIO LANA        )
d/b/a NORTHEAST PROPERTIES,          )
RICHARD MERLINO, MARK WINIKER,       )
TINA BRENN, DENNIS COY, STEVEN       )
SHALANSKY, CURTIS PROPERTIES,        )
LLC, HOLLISTON MASONRY, INC.,        )
METROWEST PROPERTY                   )
MANAGEMENT, LLC, CANAL               )
MARKETPLACE DEVELOPMENT,             )
LLC, BLACKSTONE LOFTS, LLC,          )
TOR-SHAL CAPITAL, LLC, RIVER         )
STREET REALTY TRUST, THE 426         )
MAIN STREET REALTY, LLC, and         )
WEBSTER FIRST FEDERAL CREDIT         )
UNION,                               )
    Defendants                      )

    The undersigned defendant, Felicio Lana d/b/a Northeast Properties, by and through counsel hereby assents to the Notice of Removal filed by Webster First Federal Credit Union in the matter currently pending before the Massachusetts Superior Court for Worcester County, captioned NICHOLAS FIORILLO, AS TRUSTEE OF THE FIORILLO FAMILY REVOCABLE TRUST and 18 PENN AVENUE REALTY TRUST, Plaintiff, versus KEVIN M. CURTIS et al, Civil Action No. WOCV2013-02251D.

                                               FELICIO LANA d/b/a
                                               NORTHEAST PROPERTIES

                                             By_____
                                             Michael P. Angelini, Esq.
                                             AiVi Nguyen, Esq.
                                             Bowditch & Dewey, LLP
                                             311 Main Street, P.O. Box 15156
                                             Worcester, MA 01615
                                             508-926-3400

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                            CIVIL ACTION NO. WOCV2013-02251D

NICHOLAS FIORILLO, AS                )
TRUSTEE OF THE FIORILLO              )
FAMILY REVOCABLE TRUST and           )
18 PENN AVENUE REALTY TRUST,         )
    Plaintiff                        )
                                     )
v.                                   )    ASSENT TO NOTICE OF REMOVAL
                                     )
KEVIN M. CURTIS, FELICIO LANA        )
d/b/a NORTHEAST PROPERTIES,          )
RICHARD MERLINO, MARK WINIKER,       )
TINA BRENN, DENNIS COY, STEVEN       )
SHALANSKY, CURTIS PROPERTIES,        )
LLC, HOLLISTON MASONRY, INC.,        )
METROWEST PROPERTY                   )
MANAGEMENT, LLC, CANAL               )
MARKETPLACE DEVELOPMENT,             )
LLC, BLACKSTONE LOFTS, LLC,          )
TOR-SHAL CAPITAL, LLC, RIVER         )
STREET REALTY TRUST, THE 426         )
MAIN STREET REALTY, LLC, and         )
WEBSTER FIRST FEDERAL CREDIT         )
UNION,                               )
    Defendants                       )

      The undersigned defendants, Kevin M. Curtis, Tina Brenn, Metrowest Property Management, LLC, Blackstone Lofts, LLC, Holliston Masonry, Inc. and Curtis Properties, LLC by and through counsel hereby assents to the Notice of Removal filed by Webster First Federal Credit Union in the matter currently pending before the Massachusetts Superior Court for Worcester County, captioned NICHOLAS FIORILLO, AS TRUSTEE OF THE FIORILLO FAMILY REVOCABLE TRUST and 18 PENN AVENUE REALTY TRUST, Plaintiff, versus KEVIN M. CURTIS et al, Civil Action No. WOCV2013-02251D.

                                                                   KEVIN CURTIS, TINA BRENN,
                                                                   METROWEST PROPERTY MANAGEMENT, LLC
                                                                   BLACKSTONE LOFTS, LLC, HOLLISTON
                                                                   MASONRY, INC. AND CURTIS PROPERTIES, LLC

                                                                   By _____
                                                                   E. John Anastasi, Esq.
                                                                   245 Main Street
                                                                   P.O. Box 552
                                                                   Oxford, MA 01540
                                                                   508-987-8700