UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS 4:14-CV-40080-TSH |

NICHOLAS FIORILLO,
TRUSTEE et al
    Plaintiffs

v

KEVIN M. CURTIS et al
    Defendants

**NOTICE OF DISMISSAL**

**WITH PREJUDICE**

**AS TO KEVIN M. CURTIS**

Now come the plaintiff pursuant to F.R.C.P. 41(a)(1)(i), with no answer or motion for summary judgment having been filed, and dismisses this complaint with prejudice as to:

**KEVIN M. CURTIS**

    NICHOLAS FIORILLO, Trustee
    By his attorney
    */s/ Nathaniel D. Pitnof*
    Nathaniel D. Pitnof
    BBO # 400660
    100 Grove Street
    Worcester, MA 01605
    508-757-3000

CERTIFICATE OF SERVICE

I hereby certify this 1st day of July 2014 that I have served a copy of the notice of dismissal to all counsel of record by first class mail this day: Russell S. Chernin, AiVi Nguyen, Michael P. Angelini, Andrew P. DiCenzo, John A. Mavricos, Michael Patenaude, E. John Anastasi and Israel Sanchez.

    */s/ Nathaniel D. Pitnof*