UNITED STATES OF AMERICA

UNITED STATES
DISTRICT COURT

DISTRICT OF MASSACHUSETTS
4:14-CV-40080-TSH

NICHOLAS FIORILLO
TRUSTEE et al
     Plaintiffs

v

KEVIN M. CURTIS et al
     Defendants

**NOTICE OF DISMISSAL**

**WITH PREJUDICE AS TO**

**CURTIS PROPERTIES LLC**

Now comes the plaintiff pursuant to F.R.C.P. 41(a)(1)(i),

with no answer or motion for summary judgment having been

filed, and dismisses this complaint with prejudice as to:

## CURTIS PROPERTIES LLC

NICHOLAS FIORILLO, Trustee
By his attorney
*/s/ Nathaniel D. Pitnof*
Nathaniel D. Pitnof
BBO # 400660
100 Grove Street
Worcester, MA 01605
508-757-3000

CERTIFICATE OF SERVICE

I hereby certify this 1st day of July 2014 that I have served a copy of
this notice of dismissal to all counsel of record by first class mail
This day: Russell S. Chernin, AiVi Nguyen, Michael P. Angelini, Andrew
P. DiCenzo, John A. Mavricos, Michael Patenaude, E. John Anastasi and
Israel Sanchez.

*/s/ Nathaniel D. Pitnof*