UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS 4:14-CV-40080-TSH |

NICHOLAS FIORILLO,
TRUSTEE et al
    Plaintiffs

v

KEVIN M. CURTIS et al
    Defendants

**NOTICE OF DISMISSAL**

**WITH PREJUDICE AS TO**

**METROWEST PROPERTY MANAGEMENT**

Now comes the plaintiff pursuant to F.R.C.P. 41(a)(1)(i), with no answer or motion for summary judgment having been filed, and dismisses this complaint with prejudice as to:

**METROWEST PROPERTY MANAGEMENT**

                NICHOLAS FIORILLO, Trustee
                By his attorney
                */s/ Nathaniel D. Pitnof*
                Nathaniel D. Pitnof
                BBO # 400660
                100 Grove Street
                Worcester, MA 01605
                508-757-3000

CERTIFICATE OF SERVICE

I hereby certify this 1st day of July 2014 that I have served a copy of this notice of dismissal to all counsel of record by first class mail this day:  Russell A. Chernin, AiVi Nguyen, Michael P. Angelini, Andrew P. DiCenzo, John A. Mavricos, Michael Patenaude, E. John Anastasi and Israel Sanchez.

                */s/ Nathaniel D. Pitnof*