UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS 4:14-CV-40080-TSH |
| NICHOLAS FIORILLO, TRUSTEE et al<br>    Plaintiffs | |
| v | **NOTICE OF DISMISSAL** |
| KEVIN M. CURTIS et al<br>    Defendants | **WITH PREJUDICE AS TO**<br>**HOLLISTON MASONRY, INC.** |

Now comes the plaintiff pursuant to F.R.C.P. 41(a)(1)(i), with no answer or motion for summary judgment having been filed, and dismisses this complaint with prejudice as to:

**HOLLISTON MASONRY INC.**

>NICHOLAS FIORILLO, Trustee
>By his attorney
>*/s/ Nathaniel D. Pitnof*
>Nathaniel D. Pitnof
>BBO # 400660
>100 Grove Street
>Worcester, MA 01605
>508-757-3000

CERTIFICATE OF SERVICE

I hereby certify this 1st day of July 2014 that I have served a copy of this notice of dismissal to all counsel of record by first class mail this day: Russell S. Chernin, AiVi Nguyen, Michael P. Angelini, Andrew P. DiCenzo, John A. Mavricos, Michael Patenaude, E. John Anastasi and Israel Sanchez.

>*/s/ Nathaniel D. Pitnof*