UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES<br>DISTRICT COURT | DISTRICT OF MASSACHUSETTS<br>4:14-CV-40080-TSH |
| NICHOLAS FIORILLO,<br>TRUSTEE et al<br>    Plaintiffs<br><br>v<br><br>KEVIN M. CURTIS et al<br>    Defendants | **NOTICE OF DISMISSAL**<br><br>**WITH PREJUDICE AS TO**<br><br>**TINA BRENN** |

Now come the plaintiff pursuant to F.R.C.P. 41(a)(1)(i), with no answer or motion for summary judgment having been filed, and dismisses this complaint with prejudice as to:

**TINA BRENN**

> NICHOLAS FIORILLO, Trustee
> By his attorney
> */s/ Nathaniel D. Pitnof*
> Nathaniel D. Pitnof
> BBO # 400660
> 100 Grove Street
> Worcester, MA 01605
> 508-757-3000

CERTIFICATE OF SERVICE

I hereby certify this 1st day of July 2014 that I have served a copy of this notice of dismissal to all counsel of record by first class mail this day: Russell S. Chernin, AiVi Nguyen, Michael P. Angelini, Andrew P. DiCenzo, John A. Mavricos, Michael Patenaude, E. John Anastasi and Israel Sanchez.

*/s/ Nathaniel D. Pitnof*