# United States Court of Appeals
## For the First Circuit

No. 16-1710

NICHOLAS J. FIORILLO, Trustee of the Fiorillo Family Revocable Trust and the 18 Penn Avenue Realty Trust

Plaintiff - Appellant

v.

FELICIO LANA, d/b/a Northeast Properties; MARK WINIKER; CANAL MARKETPLACE DEVELOPMENT LLC; THE 426 MAIN STREET REALTY, LLC

Defendants - Appellees

WEBSTER FIRST FEDERAL CREDIT UNION; KEVIN M. CURTIS; TINA BRENN; TINA BRENN; RICHARD MERLINO; STEVEN SHALANSKY; CURTIS PROPERTIES, LLC; HOLLISTON MASONRY; METROWEST PROPERTY MANAGEMENT LLC; BLACKSTONE LOFTS, LLC; RIVER STREET REALTY TRUST; TOR-SHAL CAPITAL LLC

Defendants

**MANDATE**

Entered: May 30, 2017

In accordance with the judgment of May 5, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Russell S. Chernin
Andrew P. DiCenzo
Douglas Jay Emanuel
Neil Kreuzer
John A. Mavricos

AiVi Nguyen
Israel M. Sanchez Jr.